USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SUSAN J. GALLI,

                      Plaintiff,

      -against-

PRICEWATERHOUSECOOPERS LLP, et al.,

                     Defendants.
-------------------------------------------------------------- X

20 Civ. 01640 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 9, 2020, Defendants filed a letter motion seeking to file a motion to dismiss Counts II through VIII and Counts XV through XIX of the Complaint (Dkt. No. 8). In the letter, Defendants asserted an intention to file a motion to compel arbitration. It is hereby

**ORDERED** that Plaintiff shall file a letter response to Defendants' letter by **March 16, 2020.** Such letter shall also inform the Court of Plaintiff's position on a stay of discovery pending resolution of Defendants' motion to compel arbitration. It is further

**ORDERED** that Defendant shall file the motion to compel arbitration, which shall be subject to the following schedule: (1) Defendant shall file the motion to compel arbitration by **March 24, 2020**; (2) Plaintiff shall file her memorandum of law in opposition to Defendants' motion by **April 7, 2020**; and (3) Defendants shall file the reply in support of the motion by **April 14, 2020**. The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: March 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**