UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SUSAN J. GALLI,

                              Plaintiff,           20 Civ. 01640 (LGS)

                   -against-                      ORDER

PRICEWATERHOUSECOOPERS LLP, et al.,

                           Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference was held on April 30, 2020.  As discussed at conference, it is hereby

      **ORDERED** that Defendants' request to stay discovery pending resolution of the motion to compel arbitration is DENIED.  Discovery shall proceed pursuant to the Initial Discovery Protocols for Employment Cases and the Case Management Plan and Scheduling Order, which will issue separately.  It is further

      **ORDERED** that the parties' request to schedule extended fact discovery at this time is DENIED.  It is further

      **ORDERED** that Plaintiff's request that the case be referred to the Magistrate Judge for general pretrial supervision is DENIED.

Dated: May 1, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE