

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

STEPHEN L. SHEINFELD
212-294-2650
ssheinfeld@winston.com

August 8, 2022

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Susan J. Galli v. PricewaterhouseCoopers LLP Notice/Severance Policy, et al.*; Case No. 1:19-cv-07224 (LGS)(SN) [rel.1:20-cv-01640 (LGS)(SN)]

Dear Judge Schofield:

We represent defendants, PricewaterhouseCoopers LLP, PricewaterhouseCoopers Advisory Services LLC, PricewaterhouseCoopers LLP Notice/Severance Policy, Jeffrey Lavine, Catherine Stahlmann, Maria Calabrese, Cheryl Riporti, Thomas Kovell and Courtney Moore (collectively, "Defendants") in the above-referenced actions, and with the consent of counsel for plaintiff, Susan J. Galli ("Plaintiff"), submit this joint letter pursuant to the Scheduling Order dated August 13, 2020 (Dkt. 81) regarding the status of arbitration.

On August 11, 2020, the Court issued an Opinion and Order in *Susan J. Galli v. PricewaterhouseCoopers LLP Notice/Severance Policy, et al.*, 1:19-cv-07224 (LGS)(SN) ("*Galli I*") granting summary judgment as to Count II and compelling arbitration of all other claims. (Dkt. 80.) On August 13, 2020, the Court stayed *Galli I* pending arbitration. (Dkt. 81.) Plaintiff commenced an arbitration of the claims in *Galli I* on September 25, 2020. JAMS assigned an arbitrator on November 25, 2020, and a new arbitrator was assigned on January 6, 2021. Counsel for the parties appeared before the arbitrator for a preliminary arbitration case management conference on January 28, 2021. Thereafter, the parties briefed a partial motion to dismiss, to which the arbitrator issued an Interim Partial Award on May 10, 2022. The parties are proceeding with discovery regarding Plaintiff's remaining claims.

On August 12, 2020, the Court issued an Opinion and Order granting Defendants' Motion to Compel Arbitration of all claims in *Susan J. Galli v. PricewaterhouseCoopers LLP, et al.*, 1:20-cv-01640 (LGS)(SN) ("*Galli II*"). (Dkt. 41.) On August 13, 2020, the Court stayed *Galli II* pending arbitration. (Dkt. 42.) Plaintiff commenced an arbitration of the claims in *Galli II* on September 25, 2020. JAMS assigned an arbitrator on November 25, 2020, and a new arbitrator was assigned on January 6, 2021.



August 8, 2022<br/>Page 2

Counsel for the parties appeared before the arbitrator for a preliminary arbitration case management conference on January 28, 2021. Thereafter, the parties briefed a partial motion to dismiss, to which the arbitrator issued an Interim Partial Award on May 10, 2022. The parties are proceeding with discovery regarding Plaintiff's remaining claims.

        Thank you for your attention to the foregoing.

                            Respectfully submittted,

                            Stephen L. Sheinfeld

cc:    William T. Marshall, Jr., Esq.